UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. |
| | : | |
| ADEAN WELLS, | : | |
| a/k/a Adean King | : | VIOLATIONS: 26 U.S.C. § 7206(1) |
| | : | (Filing Material False U.S. Income Tax |
| Defendant | : | Returns) |
| | : | |

## INFORMATION

The United States charges:

### COUNT ONE

That on or about March 24, 2007, in the District of Columbia and elsewhere, ADEAN WELLS, a resident of Silver Spring, Maryland, did willfully make and subscribe a 2006 U.S. Individual Income Tax Return, which was verified by a written declaration that it was true and correct as to every material matter. That 2006 U.S. Individual Income Tax Return, which was prepared and signed in District of the District of Columbia and was filed with the Internal Revenue Service, falsely stated that her total income (line 22) was $45,459, whereas, as she then and there knew and believed, that her total income was materially more than reported on line 22.

In violation of Title 26 United States Code § 7206(1).

### COUNT TWO

That on or about April 5, 2008, in the District of Columbia and elsewhere, ADEAN WELLS, a resident of Silver Spring, Maryland, did willfully make and subscribe a 2007 U.S. Individual Income Tax Return, which was verified by a written declaration that it was true and

correct as to every material matter. That 2007 U.S. Individual Income Tax Return, which was prepared and signed in District of the District of Columbia and was filed with the Internal Revenue Service, falsely stated that her total income (line 22) was $46,894, whereas, as she then and there knew and believed, that her total income was materially more than reported on line 22.

In violation of Title 26 United States Code § 7206(1).

KATHRYN KENEALLY
Assistant Attorney General
Tax Division

By: _____
KAREN E. KELLY
Tax Division
Assistant Chief, NCES
(202) 616-3864
Karen.e.kelly@usdoj.gov